112780

**UNITED STATES DISTRICT COURT**
**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

**PETITION FOR ADMISSION PRO HAC VICE**

**Case Number:** 01-1139 RHK/RLE **Case Title:** Watland v. NOVA Information Systems, Inc.

**Affidavit of Movant**

I, Dale O. Harris, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice David S. Fried, an attorney admitted to practice in the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (**X**)defendant NOVA Information Systems, Inc. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

| Dale O. Harris | 242421 | 7/13/01 |
|---|---|---|
| Signature | MN Attorney License # | Date |

**Affidavit of Proposed Admittee**

I, David S. Fried, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

| David S. Fried | David S. Fried | 7/12/01 |
|---|---|---|
| Type/Print Name | Signature | Date |

Attorney License Number: 277319

Law Firm Name and Address:
HUNTON & WILLIAMS
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, Georgia 30308-2216

Telephone: (404) 888-4000

Motion Granted: Richard D. Sletten
For the Court: F~~rancis E. Dosal~~, Clerk

JUL 30 2001
Date

FILED JUL 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______