ORIGINAL

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| SHARON M. WATLAND, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action File No. 01-1139 (RHK/RLE) |
| | * | |
| NOVA INFORMATION SYSTEMS, INC. | * | |
| | * | |
| Defendant. | * | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The above-styled action has been resolved between the parties. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1), this action is hereby dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees except as agreed specifically between the parties. All rights of appeal are hereby waived.

8/21/01
Date

Judge, United States District Court 8/23/01

Agreed to:

J. Brad Person
BREEN & PERSON, LTD.
510 Laurel Street
P.O. Box 472
Brainerd, Minnesota 56401
(218) 828-1248 (Telephone)
(218) 828-4832 (Facsimile)

**ATTORNEY FOR PLAINTIFF**

Donna L. Keeton

Kurt A. Powell, Esq.
Donna L. Keeton, Esq.
**HUNTON & WILLIAMS**
Bank of America Plaza, Suite 4100
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 888-4000 (Telephone)
(404) 888-4190 (Facsimile)

Dale O. Harris, Esq.
HANFT FRIDE, P.A.
1000 U.S. Bank Place
130 West Superior Street
Duluth, Minnesota 55802-2094
(218) 722-4766 (Telephone)
(218) 529-2401 (Facsimile)

**ATTORNEYS FOR DEFENDANT**

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500